600

478 A.2d 125

Com. ex rel. Fester, Appellant, v. Fester.

Submitted April 16, 1984.
Thomas A. James, Jr., for appellant; Alvin J. Luschas, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.

CERCONE, J., concurred in the result.

478 A.2d 125

Drexel Leasing Corp. v. Boland, Appellant.

Argued May 3, 1984. Neil Keum, for appellant; Jeffrey R. Solomon, for appellee.

Before SPAETH, President Judge, and BROSKY and McEWEN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Julian King is affirmed.